## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JANNINE ZITNEY AND STEVE ZITNEY, | : | No. 446 EAL 2020 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WYETH LLC., WYETH | : | |
| PHARMACEUTICALS, INC., MORTON | : | |
| GROVE PHARMACEUTICALS, INC., TEVA | : | |
| PHARMACEUTICALS USA, INC., A.K.A | : | |
| IVAX PHARMACEUTICALS, PLIVA, INC., | : | |
| BARR PHARMACEUTICALS, LLC., A.K.A | : | |
| BARR PHARMACEUTICALS, INC FK., | : | |
| BARR LABORATORIES, INC., DURAMED | : | |
| PHARMACEUTICALS, INC., QUALITEST | : | |
| PHARMACEUTICALS, INC., VINTAGE | : | |
| PHARMACEUTICALS, LLC., GENERICS | : | |
| BIDO I., LLC, INDIVIDUAL, A.K.A | : | |
| QUALIITEST PHARMACEUTICALS., | : | |
| HARVARD DRUG GROUP, LLC, A.K.A | : | |
| MAJOR PHARMACEUTICALS, INC., | : | |
| PHARMACEUTICAL ASSOCIATES, INC., | : | |
| BEACH PRODUCTS, INC., UNITED | : | |
| RESEACH LABORATORIES, INC., | : | |
| MUTUAL PHARMACEUTICAL COMPANY, | : | |
| INC., SILARX PHARMACEUTICALS, INC., | : | |
| SANDOZ, INC., ANIP ACQUISITION | : | |
| COMPANY, A.K.A A&I | : | |
| PHARMACEUTICALS, A.K.A ANI | : | |
| PHARMACEUTICALS, A.K.A ANIP | : | |
| PHARMACEUTICALS, WATSON | : | |
| LABORATORIES, INC., ACTAVIS | : | |
| ELIZABETH LLC, INDIVIDUAL, A.K.A | : | |
| PUREPAC PHARMACEUTICALS DBA., | : | |
| APP PHARMACEUTICALS LLC., A.K.A | : | |
| ABRAXIS PHARMACEUTICALS DBA., | : | |
| AMNEAL PHARMACEUTICALS, LLC., | : | |
| BEDFORD LABORATORIES, HOSPIRA | : | |
| INC., MCKESSON CORPORATION, | : | |
| INDIVIDUALLY, A.K.A NORTHSTAR RX, | : | |

LLC DBA., NORTHSTAR RX LLC, RUGBY LABORATORIES, INC., NORBROOK INC. USA SMITH & NEPHEW, INC., VISTAPHARM, INC., ROXANE LABORATORIES, INC., INDIV THE CORPORATION TRUST COMPANY, USL PHARMA, INC., PAR PHARMACEUTICAL INC., HALSEY DRUG, LLC INDIVIDUALLY, A.K.A HALSEY DRUG CO INC, DBA., SUPERPHARM, INC., PACO PHARMACEUTICAL SERVICES, INC., SCHERING CORPORATION, IVAX PHARMACEUTICALS, INC., GOLDLINE LABORATORIES INC., INDIVI, A.K.A IVAX PHARMACEUTICALS DBA., BRISTOL MYERS SQUIBB CO., A.K.A APOTHECON INC DBA., APOTHECON, INC., PFIZER, INC., INVAMED, INC., KING PHARMACEUTICALS, INC., A.K.A A.L. PHARMA INC FKA., A.K.A ALPHARMA INC DBA., A.K.A ALPHARMA-BARRE NATIONAL., RICHMOND PHARMACEUTICALS, INC., KAREN TOBIN, M.D., SCHWARZ PHARMA, INC., ALAVEN PHARMACEUTICAL LLC., BAXTER HEALTHCARE CORPORATION., AND WOCKHARDT USA.,

                      Respondents

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.